UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

KEVIN J. KNIGHT

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-CR-047 (GHL)

_____None_____
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ as to count(s) _1_

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle within the special maritime and territorial jurisdiction of the United States while knowing or having reason to know that his license to operate such motor vehicle in the State of New York was suspended, revoked, or otherwise withdrawn by the Commissioner of Motor Vehicles, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 511.1(a) of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** January 15, 2005

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $195.00 and a $5.00 special assessment. The total fine and assessment imposed amount to $200.00, payable no later than April 30, 2005.

**IT IS FURTHER ORDERED** that the defendant shall pay to the Clerk, U.S. District Court, for this District at 100 S. Clinton Street, Syracuse, NY 13261, any amount imposed as restitution, fine, special assessment or cost of prosecution. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count 2** is dismissed on motion of the United States.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

_____March 17, 2005_____
Date of Imposition of Sentence

_____April 1, 2005_____
DATE SIGNED

_George H. Lowe_ (signature)
George H. Lowe
United States Magistrate Judge